# LITCHFIELD CAVO LLP
Attorneys at Law

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
212-434-0101
212-434-0105 (fax)

Edward Fogarty, Jr.
Email: fogarty@litchfieldcavo.com

October 30, 2015

**Via ELECTRONIC FILING AND E-MAIL**

Hon. Vernon S. Broderick
United States District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Wims v River Park Residences, L.P. et al
      Case No. :  15-CV- 4269 (VSB)

Dear Judge Broderick:

    We write on behalf of the prospective defendant CVR Associates, with the consent of the attorneys for plaintiff Sean Wims and defendants River Park Residences, to request an adjournment of the initial Pre-trial conference, presently scheduled for November 6, 2015. We are also requesting an extension of time to file the joint letter and proposed case management plan and scheduling order, referenced in the Court's order dated September 15, 2015.

    My office was retained Wednesday afternoon, October 28th to represent the interests of CVR Associates in the above-captioned mater. I have communicated with the attorneys copied herein, with regard to this matter and while I hope to continue settlement discussions, I would request a brief adjournment so that I can familiarize myself with all issues and can contribute substantively to the joint letter and proposed case management plan.

    I would respectfully request a 10-day adjournment on the due date for the joint letter and proposed case management plan with the initial scheduling conference to follow any day thereafter, at the Court's convenience.

    This is the second request for an adjournment, but the first on behalf of CVR Associates. The other parties have consented to service of this letter by email.

---

Chicago • Hartford • Boston • New York • New Jersey • Pittsburgh • Philadelphia • Houston
Los Angeles • Fort Lauderdale • Tampa • Wisconsin • West Virginia • Salt Lake City

www.litchfieldcavo.com

**LITCHFIELD**  **CAVO** LLP

Page 2

      I thank the Court for its consideration of the foregoing. I am available if there are any questions or issues from the Court.

      Respectfully yours,

      Edward Fogarty, Jr.

EF/gf
cc:
George Howard Norelli – GHNorelli@DNCTLaw.com
Robert Hammond – rhammond@bx.ls-nyc.org