**BY ELECTRONIC FILING AND E-MAIL**

**Bronx Legal Services NYC**

March 9, 2016

Honorable Vernon S. Broderick
United States District Court for the
   Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>Wims v. River Park Residences, LP et al</u>, 15-CV-04269

Dear Judge Broderick:

The parties in this action submit this joint letter requesting a postponement of the post-discovery conference scheduled March 11, 2016. The parties have reached a tentative settlement and respectfully request at least 45 days to work out the terms and logistics of the agreement.

I have consulted with the attorneys for Defendants River Park Residences and CVR, both of which do not object to this postponement. I reached out to counsel for DHCR earlier today but have not heard back from them at the time of writing.

This is the first adjournment we have requested for the post-discovery conference. One prior adjournment was requested and granted for the initial conference. This extension will not affect any other scheduled dates.

Thank you for your time and understanding in considering this request.

      Respectfully yours,

      Robert G. Hammond, Esq.
      Legal Services NYC-Bronx
      349 East 149th Street
      Bronx, New York 10451
      rhammond@bx.ls-nyc.org
      (718) 928-3677
      *Attorneys for Plaintiff*

**Legal Services NYC - Bronx**
349 East 149th Street, 10th Floor   Bronx, NY 10451
Phone: 718-928-3700   Fax: 718-292-2857 (10th floor)   718-402-7585 (9th floor)   718-292-7963 (5th floor)   www.LegalServicesNYC.org
**Jane Aoyama-Martin,** Project Director
**Joseph P. Moodhe,** Board Chair



Honorable Vernon S. Broderick                    -2-                         March 9, 2016

Original via electronic filing to:
Honorable Vernon S. Broderick

Copies via e-mail to:
George Howard Norelli, Esq.
ghnorelli@dnctlaw.com
*Attorneys for Landlord Defendants*

Edward M. Fogarty, Jr. Esq.
fogarty@litchfieldcavo.com
*Attorneys for CVR Associates, Inc.*

Jonathan Conley, Esq.
jonathan.conley@ag.ny.gov
*Attorneys for Division of Housing and Community Renewal*