

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8108

January 13, 2017

*By Electronic Filing*

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

      Re:    *Wims v. River Park Residences, L.P., et al.*, 15-CV-04269 (VSB)

Dear Judge Broderick:

      This Office represents the New York State Division of Housing and Community Renewal ("DHCR") in the above-referenced action. This Court recently scheduled a pre-motion conference for January 19, 2017, to discuss DHCR's proposed motion to dismiss and request to stay discovery pending resolution of its anticipated motion. (Docket No. 46.) Under the terms of the proposed revised case management plan, however, the parties' initial disclosures under Rule 26 of the Federal Rules of Civil Procedure are due to be served on January 17, 2017 (Docket No. 45-1)—two days before the pre-motion conference.

      Consequently, we write with plaintiff's consent to advise the Court that, unless the Court directs otherwise, plaintiff and DHCR have agreed that the date for DHCR to serve initial disclosures will be extended until its request to stay discovery is considered by the Court at the January 19, 2017 pre-motion conference. If the Court denies DHCR's request to stay discovery at the pre-motion conference, DHCR will serve initial disclosures by January 27, 2017.

      We appreciate the Court's attention to this matter.

Respectfully,

Jonathan D. Conley
Assistant Attorney General

Copies (*by electronic filing*):

Robert Hammond, Esq.
Legal Services NYC-Bronx
rhammond@lsnyc.org
*Attorneys for Plaintiff Sean Wims*

George Howard Norelli, Esq.
Daniels, Norelli, Cecere & Tavel. P.C.
ghnorelli@dnctlaw.com
*Attorneys for Defendants River Park Residences, L.P., Reliant Realty Services, Inc. & Pen Wisneski*

Edward M. Gofarty, Jr., Esq.
Litchfield Cavo
fogarty@litchfieldcavo.com
*Attorneys for Defendant CVR Associates, Inc.*